# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3748

_____

United States of America,                    *
                                             *
            Appellee,                         *
                                             *    Appeal from the United States
      v.                                      *    District Court for the
                                             *    District of Minnesota.
Jose Ramon Bustillos,                         *
                                             *        [UNPUBLISHED]
            Appellant.                        *

_____

Submitted: July 2, 2001
Filed: July 6, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Following a conditional guilty plea to conspiring to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846, Jose Ramon Bustillos challenges the district court's[1] denial of his motion to suppress evidence seized during a traffic stop. Having carefully reviewed the record, including the testimony presented at the suppression hearing, we agree with the district court that the traffic stop was lawful, given that the officer involved had reason to believe the car that appellant was

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

driving was unregistered. We also agree that appellant was not detained for an unreasonable length of time after the stop. See United States v. Peltier, 217 F.3d 608, 610 (8th Cir. 2000) (traffic stop was lawful where vehicle had no license plate and tinted windows prevented deputy from seeing temporary registration application); United States v. Allegree, 175 F.3d 648, 650 (8th Cir.) (officer reasonably believed, although mistakenly, that vehicle violated operating statutes and thus was entitled to stop car; because officer's suspicions were aroused during traffic stop, he was entitled to expand scope of questioning and subsequent voluntary consent to search was valid), cert. denied 528 U.S. 958 (1999); United States v. $404,905.00 in U.S. Currency, 182 F.3d 643, 647 (8th Cir. 1999) (following valid traffic stop, officer may detain motorist while completing routine but time-consuming tasks, such as computerized checks of vehicle's registration, driver's license, and criminal history), cert. denied, 528 U.S. 1161 (2000).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.